| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>25-25305 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
|---|---|
| In Re:<br><br>Michael J. Fearns | Case No: 26-21506-MBK<br><br>Hearing Date: December 23, 2026<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13 |

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. ("Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* [DE 2], and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 9, 2026.

2. Creditor holds a security interest in the Debtor's real property located at 72 Briarwood Dr, Little Egg Harbor, NJ 08087 (the “Property”), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the “Plan”) on October 9, 2026 [DE 2].

4. The Plan includes payments toward the Note and Mortgage with Creditor, however the figures used by the Debtor are inaccurate. Although Creditor has not yet filed its Proof of Claim, it is anticipated that the claim will include pre-petition arrearage totaling $33,474.15, whereas the Plan proposes to pay only $25,737.05.

5. Debtor's Plan relies on a potential sale of the Property by May 1, 2027.

6. Creditor rejects the plan because the time to sell exceeds six (6) months and is speculative in nature in that the Plan contemplates curing the arrears through a sale of the Property that has not yet come to fruition. A realtor is not retained and proof of equity sufficient to satisfy all liens has not been provided.

7. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Creditor objects to any plan which proposes to pay it anything less than $33,474.15 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Kimberly A. Wilson*
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Brandon Perloff, NJ Bar No. 085462013
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>25-25305 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A.</td><td></td></tr>
<tr><td>In Re:<br><br>Michael J. Fearns</td><td>Case No: 26-21506-MBK<br><br>Hearing Date: December 23, 2026<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13</td></tr>
</table>

**CERTIFICATION OF SERVICE**

1. I, Kimberly A. Wilson:

☒ represent Wells Fargo Bank, N.A. in this matter.

☐ am the secretary/paralegal for ________________, who represents ________________ in this matter.

☐ am the ________________ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

OBJECTION TO CONFIRMATION OF DEBTOR’S CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 26, 2026 /s/ *Kimberly A. Wilson*
Kimberly A. Wilson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J. Fearns<br>72 Briarwood Drive<br>Little Egg Habor, NJ 08087 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| MARC C CAPONE<br>GILLMAN CAPONE, LLC<br>770 AMBOY AVENUE<br>EDISON, NJ 08837 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| | | ☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.